USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,

    Plaintiff,

-against-

OCEANVIEW TERRACE HOTEL LLC,

    Defendant.

19-CV-9485 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that plaintiff has taken no action in this case since October 14, 2019, when she filed her Complaint (Dkt. No. 1), it is hereby ORDERED that, no later than **February 28, 2020**, plaintiff shall file a status letter updating the Court on the present status of the case, along with an affidavit of service certifying that the Complaint was served on the defendant.

Failure to comply with this order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
      February 18, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**